IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Randy L. Valentine, ) | Civil Action No.: 4:05-00485-HMH-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| ) | **OPINION & ORDER** |
| Ofc. D. Richardson, Lt. Pressley, ) | |
| Ofc. R. Goins, Ofc. Bennett, Ofc. ) | |
| Labonte, Ofc. Creasy, Ofc. Gardo, ) | |
| Ofc. Williams, Ofc. Youngblood, ) | |
| Ofc. Jonathan Tally, Sgt. Nation, ) | |
| Ofc. B. Jones, Ofcs. "John Doe", ) | |
| Nurse Gay, Dr. Legesse Tebeje, ) | |
| Nurse Judy, Attorney Lawrence ) | |
| Crane, Dr. John Caleb Pease, Ofc. ) | |
| Kristy McCraw; sued in their ) | |
| Individual capacities; and The ) | |
| Greenville Hospital System; and ) | |
| Greenville County, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      The Plaintiff filed a motion for summary judgment against the defendants, Officer D. Richardson, Lieutenant Pressly, Officer R. Goins, Officer Bennet, Officer Labonte, Officer Creasy, Officer D. Gardo, Officer Williams, Officer Youngblood, Officer Jonathan Tally, Sergeant Nation, Officer B. Jones, Officers John Doe's, Officer Kristy McCraw, and Greenville County. The defendants filed a response on February 6, 2006.

      The Plaintiff filed his motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The moving party bears the burden of showing that summary

1

judgment is proper. Summary judgment is proper if there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c), Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). The Plaintiff fails to show he is entitled to judgment as a matter of law.

It is therefore

**ORDERED** that the Plaintiff's motion for summary judgment, docket number 62, is denied.

**IT IS SO ORDERED.**

                                                  s/Henry M. Herlong, Jr.
                                                  United States District Judge

August 18, 2006
Greenville, South Carolina